**EXHIBIT B**

Electronically Filed - City of St. Louis - August 05, 2016 - 08:24 AM

```
STATE OF MISSOURI      )
                       ) SS.
CITY OF ST. LOUIS      )
```

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

STATE OF MISSOURI

```
RAYMOND NAGY,                          )
                                       )
        Plaintiff,                     )     Cause Number:
                                       )
VS.                                    )
                                       )
AMERICAN FAMILY INSURANCE COMPANY      )     Division Number:
OF WISCONSIN,                          )
Serve:                                 )
 Missouri Division of Insurance        )
 301 W. High Street, Room 530          )
 Jefferson City, MO 65101              )
                                       )
        Defendant.                     )
```

## PETITION - UNDERINSURED MOTORIST

COMES NOW Plaintiff, Raymond Nagy and for his cause of action against Defendant, states as follows:

1.  That Plaintiff was and at all times hereinafter mentioned a resident of the City of St. Louis, Missouri.

2.  Defendant is a duly organized and existing corporation organized in the business of insurance and transacts business in the City of St. Louis, State of Missouri.

3.  On or about December 19, 2014, Plaintiff procured a policy of insurance from Defendant, said policy number 2315-0240-01 which was in full force and effect at the time mentioned

1

Electronically Filed - City of St. Louis - August 05, 2016 - 08:24 AM

herein below. A copy of the declaration page is attached hereto marked as Exhibit 1 and incorporated herein by reference.

4. That said policy of insurance provided for underinsured motorist's coverage in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) per person and Five Hundred Thousand Dollars ($500,000.00) per accident.

5. On or about June 27, 2015, at approximately 1:30 p.m., Plaintiff owned and was operating a 2007 Big Bear Chopper motorcycle when he was struck by a 2013 Toyota Corolla owned by Jacqueline Ewing.

6. That the driver of the 2013 Toyota Corolla was negligent and careless in making a u-turn in front of the motorcycle operated by Plaintiff, striking Plaintiff to the ground at or near the intersection or Morganford and Quincy in the City of St. Louis.

7. That the operator of the 2013 Toyota Corolla owned by Jacqueline Ewing was negligent and careless in the following respects:

    a. In failing to keep a careful lookout;

    b. In making an illegal u-turn;

    c. In driving carelessly and recklessly under the circumstances;

    d. In failing to yield to the right of way to oncoming traffic.

Electronically Filed - City of St. Louis - August 05, 2016 - 08:24 AM

8.   That as a direct and proximate result of the negligence and carelessness of said driver, Plaintiff, Raymond Nagy suffered serious, permanent and disabling injuries to his right leg, suffered a fractured right tibia and right fibula, said fractures required two operations and suffered abrasions to his left thigh, chin, right hand, right forearm, and has incurred medical bills in excess of Two Hundred Thousand Dollars ($200,000.00) and will incur future medical bills. Further, Plaintiff has suffered lost wages and has been unable to return to work since the accident.

9.   That Jacqueline Ewing had liability insurance with Geico Insurance Company with coverage for One Hundred Thousand Dollars ($100,000.00) per person and Three Hundred Thousand Dollars ($300,000.00) per occurrence. See Exhibit 2 attached hereto and incorporated herein by reference.

10.   That Jacqueline Ewing's insurance carrier paid the maximum amount owing and due under her policy of insurance, One Hundred Thousand Dollars ($100,000.00) on or about November 25, 2015. See Exhibit 3 attached hereto and incorporated herein by reference.

11.   That Plaintiff has incurred damages well in excess of Three Hundred and Fifty Thousand Dollars ($350,000.00).

12.   Demand has been made upon Defendant, but it has refused to honor its contract and to pay the amounts owing and due under the policy of insurance.

Electronically Filed - City of St. Louis - August 05, 2016 - 08:24 AM

13.   That the failure to pay the policy limits of Two Hundred and Fifty Thousand Dollars ($250,000.00) and the delay to make payment to Plaintiff pursuant to the policy provisions of his underinsured motor vehicle coverage is vexations in nature to the extent so as to justify and cause an award of additional loss to the Plaintiff from the delay and the refusal and for attorney's fees related to this action pursuant to §375.296 and §375.420 of the Revised Statutes of Missouri.

WHEREFORE, Plaintiff prays judgment against the Defendant for damages in the amount of Two Hundred and Fifty Thousand Dollars ($250,000.00); for interest at the legal rate from the date of this Petition; and for an additional sum as and for attorney's fees and vexatious refusal; and for such other and further orders this Court deems just, meet and proper.

/s/ Joseph V. Neill
Joseph V. Neill #28472
Attorney for Plaintiff
5201 Hampton Avenue
St. Louis, Missouri 63109
Telephone: (314) 353-1001
Facsimile: (314) 353-0181
E-Mail: neill5300@aol.com


/s/ Reiad M. Khouri
Reiad M. Khouri #56414
Attorney for Plaintiff
5205 Hampton Avenue
St. Louis, Missouri 63109
Telephone: (314) 932-7671
Facsimile: (314) 932-7672
rmk@khourilawfirm.com

4

Electronically Filed - City of St. Louis - August 05, 2016 - 08:24 AM

Page 1 of 2                                **FOR LIENHOLDER USE**                              2315-0240-01

## MOTORCYCLE POLICY

### AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN
#### A MEMBER OF THE AMERICAN FAMILY INSURANCE GROUP MADISON, WI
### PLEASE READ YOUR POLICY

**POLICY NUMBER** 2315-0240-01

**POLICYHOLDER/NAMED INSURED**

**EFFECTIVE**
FROM 12-19-2014 TO 12-19-2015
ACCT 019-399-405-01

NAGY, RAYMOND D

VIN 1B9SP21S67B631034

| 2007 | BIGB | MCYC | | 1639 | | |

**VEHICLE SYMBOL**          **CLASS** CITY 7          **TERRITORY** 81                    **DEMERIT POINTS** 0

**COVERAGES AND LIMITS PROVIDED**

BODILY INJURY LIABILITY
$250,000 EACH PERSON $500,000 EACH OCCURRENCE

PROPERTY DAMAGE LIABILITY $250,000 EACH OCCURRENCE

COMPREHENSIVE $500 DEDUCTIBLE

COLLISION $500 DEDUCTIBLE

PASSENGER LIABILITY COVERAGE

**ADDITIONAL PROTECTION / ENDORSEMENTS**

END 55 UNDERINSURED MOTORIST COVERAGE - BODILY INJURY ONLY
$250,000 EACH PERSON $500,000 EACH ACCIDENT

END 53 UNINSURED MOTORIST - BODILY INJURY ONLY
$250,000 EACH PERSON $500,000 EACH ACCIDENT

50 PLUS DISCOUNT HAS BEEN APPLIED

Declarations effective on the date shown above. These declarations form a part of this policy and replace all other declarations which may have been issued previously for this policy. If this declarations is accompanied by a new policy, the policy replaces any which may have been issued before with the same policy number.

**AUTHORIZED
REPRESENTATIVE**          President                    Secretary

AGENT 021-164     **PHONE** (314) 832-1800

ANTHONY PALMISANO
6005 HAMPTON AVE
SAINT LOUIS, MO 631093608

**USER ID**        RAG033
**ENTRY DATE**   07-22-2015
**SIS ID**          60887202

Form No. U1A1(b)                        EXHIBIT 1                        Stock No. 05095 Rev. 11/06

Electronically Filed - City of St. Louis - August 05, 2016 - 08:24 AM

11 02 15

*2000010071632970101204045S*

0071632970101204   J883
2E
13

### Affidavit for Jacqueline Ewing

I, Jacqueline Ewing, being first duly sworn on oath, depose and state as follows:

I had no other insurance, including but not limited to excess and/or umbrella policies of insurance, which provides or may provide coverage for the motor vehicle collision which occurred on June 25, 2015 other than or in addition to my policy of insurance with GEICO General Insurance Company, policy number 4090897721, with Bodily Injury limits of $100,000.00 per person, $300,000.00 per occurrence.

FURTHER AFFIANT SAYETH NOT.

_____
Jacqueline Ewing

Subscribed and sworn to before me
This 21 day of October, 2015.

_____
Notary Public

SARAH NELSON
Notary Public-Notary Seal
State of Missouri, St Charles County
Commission # 15634041
My Commission Expires Mar 18, 2019

EXHIBIT   2

Electronically Filed - City of St. Louis - August 05, 2016 - 08:24 AM

GEICO GENERAL INSURANCE CO
ONE GEICO CENTER
MACON, GA  31296-0001

**Bank of America**
Hartford, CT 06120
**Claim Number:** 0071632970101204

51-44
119 CT

**NO. N 177459935**
VOID AFTER 180 DAYS
Date: 11/25/2015

**Claimant:**
Raymond Nagy

**Insured Name:**
Ms. Jacqueline Ewing

**Amount:**
$**100,000.00

**Feature Symbol & Amount**
ABI $*100000.00

**ONE-HUNDRED--THOUSAND*AND*00/100*DOLLARS**************************************************************

**Pay to the Order of:**
Raymond Nagy, a single individual
and his Atty Joe Neill

**In Payment of:**
Bodily Injury Coverage

**Mail To:**
Joe Neill
5201 Hampton Ave
Saint Louis Mo 63109-3102

*Hollis White*

⑈177459935⑈ ⑆011900445⑆ 00000001919⑈

EXHIBIT  3



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number:  1622-CC09933 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>RAYMOND NAGY<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO  63109 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>  AMERICAN FAMILY INSURANCE COMPANY<br>OF WISCONSIN | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Contract-Other | | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to:  **AMERICAN FAMILY INSURANCE COMPANY OF WISCONSIN**<br>Alias: | |
|---|---|
| **MISSOURI DIVISION OF INSURANCE**<br>**301 W. HIGH STREET, ROOM 530**<br>**JEFFERSON CITY, MO  65101** | **COLE COUNTY, MO** |

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 11, 2016**

_____          *Thomas Kloeppinger*
          Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
          Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                                Date                                    Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $       10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Jeremiah W.(Jay)Nixon
Governor
State of Missouri



Department of Insurance
Financial Institutions and
Professional Registration
John M. Huff, Director

August 17, 2016

JOSPEH V NEILL
5201 HAMPTON AVE
ST. LOUIS, MO 63109

**E N T E R E D**

AUG 2 4 2016

**B A H**

### NOTICE OF REJECTION OF SERVICE

Please find enclosed the summons petition and any accompanying documents or other pleadings, which were recently received by the Department of Insurance, Financial Institutions and Professional Registration. These pleadings are being returned to you because:

Name of the insurance company defendant in such pleading or documents is either incomplete or inaccurate, making proper service questionable. Therefore, you must advise the Court of the name of the specific company on which you want service.

The Department will endeavor to effect service of process pursuant to stature when the above defects are cured and the corrected documents are served on us.

Sincerely,

Kimberly Landers
Paralegal

**Enclosure:**   RAYMOND NAGY v. AMERICAN FAMILY INSURANCE COMPANY OF WISCONSIN

St. Louis City Circuit Court, Case Number: 1622-CC09933

**Cc:**   St. Louis City Circuit Court

16 AUG 22  PM 12: 40

FILED
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE

301 West High Street, Room 530, P.O. Box 690 / JeffersonCity, Missouri 65102-0690
Telephone 573-751-2619 / TDD 1-573-526-4536 (Hearing Impaired)
http://www.difp.mo.gov

Electronically Filed - City of St. Louis - September 02, 2016 - 11:37 AM

STATE OF MISSOURI      )
                       ) SS.
CITY OF ST. LOUIS      )

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

STATE OF MISSOURI

RAYMOND NAGY,                          )
                                       )
     Plaintiff,                        )     Cause Number: 1622-CC09933
                                       )
VS.                                    )
                                       )
AMERICAN STANDARD INSURANCE COMPANY)         Division Number: 1
OF WISCONSIN,                          )
Serve:                                 )
 Missouri Division of Insurance        )
 301 W. High Street, Room 530          )
 Jefferson City, MO 65101              )
                                       )
     Defendant.                        )

## REQUEST FOR ALIAS SUMMONS ORDER TO ISSUE

Come now Plaintiff, by and his attorney, and pursuant to Supreme Court Rule 54.15 and the Revised Statutes of Missouri, Section 506.240, requests service of process upon American Standard Insurance Company of Wisconsin by service of process to the Missouri Division of Insurance.

Plaintiff requests summons to the Cole County Sheriff to issue to the Missouri Division of Insurance to serve defendant, pursuant to the rules of court.

Electronically Filed - City of St. Louis - September 02, 2016 - 11:37 AM

/s/ Joseph V. Neill
Joseph V. Neill #28472
Attorney for Plaintiff
5201 Hampton Avenue
St. Louis, Missouri 63109
Telephone: (314) 353-1001
Facsimile: (314) 353-0181
E-Mail: neill5300@aol.com


/s/ Reiad M. Khouri
Reiad M. Khouri #56414
Attorney for Plaintiff
5205 Hampton Avenue
St. Louis, Missouri 63109
Telephone: (314) 932-7671
Facsimile: (314) 932-7672
rmk@khourilawfirm.com

Electronically Filed - City of St. Louis - September 02, 2016 - 11:35 AM

STATE OF MISSOURI      )
                       ) SS.
CITY OF ST. LOUIS      )

### IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

### STATE OF MISSOURI

RAYMOND NAGY,                     )
                                  )
    Plaintiff,                    )     Cause Number: 1622-CC09933
                                  )
VS.                               )
                                  )
AMERICAN STANDARD INSURANCE COMPANY)     Division Number: 1
OF WISCONSIN,                     )
Serve:                            )
 Missouri Division of Insurance   )
 301 W. High Street, Room 530     )
 Jefferson City, MO 65101         )
                                  )
    Defendant.                    )

### FIRST AMENDED
### PETITION - UNDERINSURED MOTORIST

COMES NOW Plaintiff, Raymond Nagy and for his cause of action against Defendant, states as follows:

1.  That Plaintiff was and at all times hereinafter mentioned a resident of the City of St. Louis, Missouri.

2.  Defendant is a duly organized and existing corporation organized in the business of insurance, and transacts business in the City of St. Louis, State of Missouri.

3.  On or about December 19, 2014, Plaintiff procured a policy of insurance from Defendant, said policy number 2315-0240-01 which was in full force and effect at the time mentioned

Electronically Filed - City of St. Louis - September 02, 2016 - 11:35 AM

herein below. A copy of the declaration page is attached hereto marked as Exhibit 1 and incorporated herein by reference.

4.   That said policy of insurance provided for underinsured motorist's coverage in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) per person and Five Hundred Thousand Dollars ($500,000.00) per accident.

5.   On or about June 27, 2015, at approximately 1:30 p.m., Plaintiff owned and was operating a 2007 Big Bear Chopper motorcycle when he was struck by a 2013 Toyota Corolla owned by Jacqueline Ewing.

6.   That the driver of the 2013 Toyota Corolla was negligent and careless in making a u-turn in front of the motorcycle operated by Plaintiff, striking Plaintiff to the ground at or near the intersection or Morganford and Quincy in the City of St. Louis.

7.   That the operator of the 2013 Toyota Corolla owned by Jacqueline Ewing was negligent and careless in the following respects:

   a.   In failing to keep a careful lookout;

   b.   In making an illegal u-turn;

   c.   In driving carelessly and recklessly under the circumstances;

   d.   In failing to yield to the right of way to oncoming traffic.

2

Electronically Filed - City of St. Louis - September 02, 2016 - 11:35 AM

8.   That as a direct and proximate result of the negligence and carelessness of said driver, Plaintiff, Raymond Nagy suffered serious, permanent and disabling injuries to his right leg, suffered a fractured right tibia and right fibula, said fractures required two operations and suffered abrasions to his left thigh, chin, right hand, right forearm, and has incurred medical bills in excess of Two Hundred Thousand Dollars ($200,000.00) and will incur future medical bills. Further, Plaintiff has suffered lost wages and has been unable to return to work since the accident.

9.   That Jacqueline Ewing had liability insurance with Geico Insurance Company with coverage for One Hundred Thousand Dollars ($100,000.00) per person and Three Hundred Thousand Dollars ($300,000.00) per occurrence. See Exhibit 2 attached hereto and incorporated herein by reference.

10.   That Jacqueline Ewing's insurance carrier paid the maximum amount owing and due under her policy of insurance, One Hundred Thousand Dollars ($100,000.00) on or about November 25, 2015. See Exhibit 3 attached hereto and incorporated herein by reference.

11.   That Plaintiff has incurred damages well in excess of Three Hundred and Fifty Thousand Dollars ($350,000.00).

12.   Demand has been made upon Defendant, but it has refused to honor its contract and to pay the amounts owing and due under the policy of insurance.

3

Electronically Filed - City of St. Louis - September 02, 2016 - 11:35 AM

13.   That the failure to pay the policy limits of Two Hundred and Fifty Thousand Dollars ($250,000.00) and the delay to make payment to Plaintiff pursuant to the policy provisions of his underinsured motor vehicle coverage is vexations in nature to the extent so as to justify and cause an award of additional loss to the Plaintiff from the delay and the refusal and for attorney's fees related to this action pursuant to §375.296 and §375.420 of the Revised Statutes of Missouri.

WHEREFORE, Plaintiff prays judgment against the Defendant for damages in the amount of Two Hundred and Fifty Thousand Dollars ($250,000.00); for interest at the legal rate from the date of this Petition; and for an additional sum as and for attorney's fees and vexatious refusal; and for such other and further orders this Court deems just, meet and proper.

  /s/ Joseph V. Neill
Joseph V. Neill #28472
Attorney for Plaintiff
5201 Hampton Avenue
St. Louis, Missouri 63109
Telephone: (314) 353-1001
Facsimile: (314) 353-0181
E-Mail: neill5300@aol.com


  /s/ Reiad M. Khouri
Reiad M. Khouri #56414
Attorney for Plaintiff
5205 Hampton Avenue
St. Louis, Missouri 63109
Telephone: (314) 932-7671
Facsimile: (314) 932-7672
rmk@khourilawfirm.com

4

Case: 4:16-cv-01719   Doc. #: 1-2   Filed: 11/03/16   Page: 16 of 26 PageID #: 20

Electronically Filed - City of St. Louis - September 02, 2016 - 11:35 AM

| Page 1 of 2 | **FOR LIENHOLDER USE** | 2315-0240-01 |

**MOTORCYCLE POLICY**

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN
A MEMBER OF THE AMERICAN FAMILY INSURANCE GROUP MADISON, WI
**PLEASE READ YOUR POLICY**

**POLICY NUMBER 2315-0240-01**

**POLICYHOLDER/NAMED INSURED**

NAGY, RAYMOND D

**EFFECTIVE**
**FROM 12-19-2014 TO 12-19-2015**
ACCT 019-399-405-01

VIN 1B9SP21S67B631034

2007     BIGB     MCYC                                    1639

**VEHICLE SYMBOL**          **CLASS** CITY 7     **TERRITORY** 81          **DEMERIT POINTS** 0

**COVERAGES AND LIMITS PROVIDED**

BODILY INJURY LIABILITY
$250,000 EACH PERSON $500,000 EACH OCCURRENCE

PROPERTY DAMAGE LIABILITY $250,000 EACH OCCURRENCE

COMPREHENSIVE $500 DEDUCTIBLE

COLLISION $500 DEDUCTIBLE

PASSENGER LIABILITY COVERAGE

**ADDITIONAL PROTECTION / ENDORSEMENTS**

END 55 UNDERINSURED MOTORIST COVERAGE - BODILY INJURY ONLY
$250,000 EACH PERSON $500,000 EACH ACCIDENT

END 53 UNINSURED MOTORIST - BODILY INJURY ONLY
$250,000 EACH PERSON $500,000 EACH ACCIDENT

50 PLUS DISCOUNT HAS BEEN APPLIED

Declarations effective on the date shown above. These declarations form a part of this policy and replace all other declarations which may have been issued previously for this policy. If this declarations is accompanied by a new policy, the policy replaces any which may have been issued before with the same policy number.

**AUTHORIZED**
**REPRESENTATIVE**          President                    Secretary

**AGENT** 021-164     **PHONE** (314) 832-1800

ANTHONY PALMISANO
6005 HAMPTON AVE
SAINT LOUIS, MO 631093608

| **USER ID** | RAG033 |
| **ENTRY DATE** | 07-22-2015 |
| **SIS ID** | 60887202 |

Form No. U1A1(b)               EXHIBIT 1                    Stock No. 05095 Rev. 11/06

Electronically Filed - City of St. Louis - September 02, 2016 - 11:35 AM

11 02 15

0071632970606204  J823
Jℰ
13

### Affidavit for Jacqueline Ewing

I, Jacqueline Ewing, being first duly sworn on oath, depose and state as follows:

I had no other insurance, including but not limited to excess and/or umbrella policies of insurance, which provides or may provide coverage for the motor vehicle collision which occurred on June 25, 2015 other than or in addition to my policy of insurance with GEICO General Insurance Company, policy number 4090897721, with Bodily Injury limits of $100,000.00 per person, $300,000.00 per occurrence.

FURTHER AFFIANT SAYETH NOT.

_____
Jacqueline Ewing

Subscribed and sworn to before me
This 21 day of October , 2015.

_____
Notary Public

SARAH NELSON
Notary Public-Notary Seal
State of Missouri, St Charles County
Commission # 16684061
My Commission Expires Mar 18, 2019

EXHIBIT 2

Electronically Filed - City of St. Louis - September 02, 2016 - 11:35 AM

GEICO GENERAL INSURANCE CO
ONE GEICO CENTER
MACON, GA 31296-0001

**Bank of America**
Hartford, CT 06120

51-44
119 CT

**NO. N** 177459935
VOID AFTER 180 DAYS
Date: 11/25/2016

**Claim Number:** 0071632970101204

**Claimant:**
Raymond Nagy

**Insured Name:**
Ms. Jacqueline Ewing

**Amount:**
$**100,000.00

**Feature Symbol & Amount**
ABI5*100000.00

**ONE-HUNDRED-THOUSAND*AND*00/100*DOLLARS*****************************************************

**Pay to the Order of:**
Raymond Nagy, a single individual
and his Atty Joe Neill

**In Payment of:**
Bodily Injury Coverage

**Mail To:**
Joe Neill
5201 Hampton Ave
Saint Louis Mo 63109-3102

*Hollis White*

⑈177459935⑈ ⑆011900445⑆ 000000019191⑈

EXHIBIT   3



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number:  1622-CC09933 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>RAYMOND NAGY<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO  63109 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br> AMERICAN FAMILY INSURANCE COMPANY<br>OF WISCONSIN | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Contract-Other | | (Date File Stamp) |

## Alias Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:  AMERICAN FAMILY INSURANCE COMPANY OF WISCONSIN**<br>**Alias:** | |
| MISSOURI DIVISION OF INSURANCE<br>301 W HIGH STREET ROOM 530<br>JEFFERSON CITY, MO  65101 | **Cole County Sheriff** |

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 12, 2016**

_____     _____
Date                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
                                        Date                                    Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $   10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number:  1622-CC09933 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>RAYMOND NAGY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO  63109 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br> AMERICAN STANDARD INSURANCE<br>COMPANY OF WISCONSIN | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Contract-Other | | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to:  AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN<br>Alias: | |
|---|---|
| COMMISSIONER OF INSURANCE<br>301 WEST HIGH ST ROOM 530<br>JEFFERSON CITY, MO  65101 | COLE COUNTY |

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

### September 26, 2016

_____    _____
Date                                             Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                                      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____        _____
                                              Date                                              Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1622-CC09933 | Special Process Server 1 |
|---|---|---|
| Plaintiff's/Petitioner:<br>RAYMOND NAGY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO 63109 | Special Process Server 2<br><br>RECEIVED<br>Special Process Server 3 |
| Defendant/Respondent:<br>AMERICAN FAMILY INSURANCE COMPANY<br>OF WISCONSIN | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | SEP 1 9 2016<br>COLE COUNTY<br>SHERIFF'S OFFICE |
| Nature of Suit:<br>CC Contract-Other | | (Date File Stamp) |

## Alias Summons in Civil Case

**The State of Missouri to:  AMERICAN FAMILY INSURANCE COMPANY OF WISCONSIN**
**Alias:**

MISSOURI DIVISION OF INSURANCE
301 W HIGH STREET ROOM 530
JEFFERSON CITY, MO 65101

**Cole County Sheriff**

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 12, 2016**
_____  _Thomas Kloeppinger_
Date                                          Clerk

Further Information:
_____

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____Kim Cordes_____ (name) _____Rm_____ (title).

☐ other _____

Served at _____301 W High_____ (address)

in _____Cole_____ (County/City of St. Louis), MO, on _9/19/16_ (date) at _9:28 a_ (time).

_____Cole Co. Mo_____                         _____By  John Smith  81_____
Printed Name of Sheriff or Server                   Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____  _____
Date                                          Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1622-CC09933 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>RAYMOND NAGY | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO 63109 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>AMERICAN STANDARD INSURANCE<br>COMPANY OF WISCONSIN | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | RECEIVED |
| Nature of Suit:<br>CC Contract-Other | | SEP 29 2016<br>(Date File Stamp)<br>COLE COUNTY<br>SHERIFF'S OFFICE |

## Summons in Civil Case

**The State of Missouri to:** AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN

**Alias:**

COMMISSIONER OF INSURANCE
301 WEST HIGH ST ROOM 530
JEFFERSON CITY, MO 65101

**COLE COUNTY**

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**September 26, 2016**
_____
Date

_Thomas Hoppinger_
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _Kathryn Latham_ (name) _Agm_ (title).

☐ other _____

Served at _301 W Hgh_ (address)

in _Co_ (County/City of St. Louis), MO, on _9/30/16_ (date) at _11:25 P_ (time).

_____
Printed Name of Sheriff or Server

_By John Snell 81_
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____ _____
Date                    Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ _____ ( _____ miles @ $._____ per mile) | |
| Total | $ _____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**ENTERED**
OCT ...
**SJ**

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 16-SMCC-16676     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**IN THE CIRCUIT COURT OF ST. LOUIS CITY**
**STATE OF MISSOURI**

RAYMOND NAGY,                          )
                                       )
      Plaintiff                  )
                                       )
v.                                     )          Cause No. 1622-CC09933
                                       )
AMERICAN FAMILY                        )          Division No. 1
INSURANCE COMPANY                      )
OF WISCONSIN,                          )
                                       )
      Defendant.                 )
                                       )

## ENTRY OF APPEARANCE

      COMES NOW James A. Harfst, and enters his appearance on behalf of Defendant

American Family Insurance Company of Wisconsin.  Defendant demands trial by jury.

                                _____
                                James A. Harfst, #43893
                                13500 Riverport Drive, Suite 175
                                Maryland Heights, MO 63043
                                (314) 542-0015
                                Fax (866) 292-8815
                                jharfst@amfam.com
                                Attorney for Defendant

## CERTIFICATE OF SERVICE

Pursuant to Rule 103.08, I hereby certify that on this 3rd day of November, 2016, this document
was electronically filed through the Missouri e-file system which will provide copies of same to
all attorneys of record.  Pursuant to Rule 55.03(a), the undersigned further certifies that he signed
an original of this pleading and that an original of this pleading shall be maintained for a period
not less than the maximum allowable time to complete the appellate process.

**IN THE CIRCUIT COURT OF CITY OF ST. LOUIS**
**STATE OF MISSOURI**

RAYMOND NAGY,                              )
                                          )
    Plaintiff                      )
                                          )
v.                                        )          Cause No. 1622-CC09933
                                          )
AMERICAN FAMILY                           )          Division No. 1
INSURANCE COMPANY OF                      )
WISCONSIN,                                )
                                          )
    Defendant.                     )
                                          )

## DEFENDANT AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN'S ANSWER TO PLAINTIFF RAYMOND D. NAGY'S FIRST AMENDED PETITION

COMES NOW Defendant, American Standard Insurance Company of Wisconsin, and in answer to Plaintiff Raymond D. Nagy's First Amended Petition, states as follows:

1.      Defendant admits Paragraph 1.

2.      Defendant admits Paragraph 2.

3.      Defendant denies that the declaration page attached to Plaintiff's First Amended Petition as Exhibit 1 is the accurate declaration page for Plaintiff's policy of insurance with Defendant.  Defendant admits the remaining allegations in Paragraph 3.

4.      Defendant admits Paragraph 4.

5.      Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5, and therefore, denies same.

6.      Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6, and therefore, denies same.

7.      Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7 or its sub-parts, and therefore, denies same.

8.      Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8, and therefore, denies same.

9.      Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9, and therefore, denies same.

10.     Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10, and therefore, denies same.

11.     Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 11, and therefore, denies same.

12.     Defendant denies the allegations contained in Paragraph 12.

13.     Defendant denies the allegations contained in Paragraph 13.

14.     For further answer and as an affirmative defense, Defendant states that pursuant to Plaintiff's insurance policy, issued by Defendant, Defendant's liability limit shall be reduced by all payments made by or on behalf of the owner or operator of the underinsured motor vehicle.

15.     For further answer and as an affirmative defense, Defendant expressly reserves its right to deny coverage under any other term, condition or exclusion of the policy shown to be applicable as the result of further investigation and/or pre-trial discovery.  Defendant's failure to assert any of those other defenses in this Answer at this time is without prejudice of its rights to assert them later and shall not be deemed to constitute a waiver or estoppel of its rights to raise additional affirmative defenses as may be warranted.

WHEREFORE, Defendant American Standard Insurance Company of Wisconsin prays that Plaintiff's Petition be dismissed at Plaintiff's cost and for such other relief as the Court deems just and proper.

DEFENDANT HEREBY DEMANDS TRIAL BY JURY.

_____
James A. Harfst, #43893
13500 Riverport Drive, Suite 175
Maryland Heights, MO 63043
(314) 542-0015
Fax (866) 292-8815
jharfst@amfam.com
Attorney for American Standard Insurance
Company of Wisconsin

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2016, this document was electronically filed through the Missouri e-file system which will provide copies of same to all attorneys of record. Pursuant to Rule 55.03(a), the undersigned further certifies that he signed an original of this pleading and that an original of this pleading shall be maintained for a period not less than the maximum allowable time to complete the appellate process.

_____